## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **DEBORAH K. JENNINGS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **No. 3:12-cv-00507** |
| | ) | **Phillips/Shirley** |
| **THE UNIVERSITY OF** | ) | |
| **TENNESSEE and DAVE HART,** | ) | |
| | ) | |
| Defendants. | ) | |

---

## MOTION TO DISMISS DAVE HART

---

Dave Hart, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves the Court to dismiss Plaintiff's claims against him in their entirety. As grounds for this motion, Hart asserts the following:

1.  All claims against Hart are subject to dismissal because Hart is a state employee and, therefore, he is immune from individual liability by the provisions of Tenn. Code Ann. § 9-8-307(h).

2.  Plaintiff's claims against Hart for disability-based retaliation are subject to dismissal because Tennessee law does not recognize individual liability for disability-based retaliation under Tenn. Code Ann. §§ 4-21-101 *et seq.*, the Tennessee Human Rights Act (the "THRA"), or under Tenn. Code Ann. § 8-50-103 *et seq.,* the Tennessee Disability Act (the "TDA").

3.  Plaintiff's claims against Hart for aiding and abetting liability under Tenn. Code Ann. § 4-21-301(2) are subject to dismissal because Hart's actions were within

the scope of his supervisory duties and thus cannot, as a matter of law, give rise to

individual aiding and abetting liability.

4.      Plaintiff's claims against Hart for retaliation under Tenn. Code Ann. § 4-21-
301(1) are subject to dismissal because Hart's actions were within the scope of his
supervisory duties and thus cannot, as a matter of law, give rise to individual
liability for retaliation.

In support of this motion, Hart relies upon the contemporaneously submitted

memorandum of law.


Respectfully submitted this 30th day of November, 2012.


                                        */s/ Edward G. Phillips*
                                        Edward G. Phillips (BPR #6147)
                                        Betsy J. Beck (BPR #022863)
                                        **Kramer Rayson LLP**
                                        First Tennessee Plaza
                                        800 South Gay Street, Suite 2500
                                        Knoxville, Tennessee  37929
                                        Phone (865) 525-5134 ext. 125
                                        Fax (865) 522-5723


                                        ***Attorneys for Defendant Dave Hart***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Edward G. Phillips*