IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| DEBORAH K. JENNINGS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:12-cv-00507 |
| | ) | | Reeves/Guyton |
| | ) | | JURY DEMAND |
| THE UNIVERSITY OF TENNESSEE, | ) | | |
| and Dave Hart, | ) | | |
| | ) | | |
| Defendants. | ) | | |

___

**STIPULATION OF DISMISSAL WITH PREJUDICE**
___

COMES NOW the Parties, pursuant to Fed. R. Civ. P. 41(a), and stipulate that this case be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

**APPROVED FOR ENTRY:**

/s/Edward G. Phillips
Edward G. Phillips (BPR #6147)
Betsy J. Beck (BPR #022863)
Kramer Rayson LLP
First Tennessee Plaza
800 South Gay Street, Suite 2500
Knoxville, Tennessee 37929
Phone (865) 525-5134 ext. 125
Fax (865) 522-5723
*Attorneys for Defendants The University of Tennessee and Dave Hart*

1

/s/Brian A. Lapps, Jr.
Catherine S. Mizell (BPR #002127)
Brian A. Lapps, Jr. (BPR #016185)
The University of Tennessee
Office of the General Counsel
719 Andy Holt Tower
Knoxville, Tennessee 37996
Phone (865) 974-3245
Fax (865) 974-0100
*Attorneys for Defendant The University of Tennessee*


/s/David A. Burkhalter, II
David A. Burkhalter (BPR #004771)
Burkhalter, Rayson & Associates, P.C.
111 South Central Street
P.O. Box 2777
Knoxville, TN 37901
Phone (865) 524-49740
Fax (865) 524-0172
*Attorney for Plaintiff, Deborah K. Jennings*


## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was served upon counsel of record by either the Court's electronic mail system and/or by placing same in the United States mail with proper postage affixed thereto this the 14th day of October, 2014.

        /s/David A. Burkhalter, II
        David A. Burkhalter, II

2